# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Frederick Banks,

    Plaintiff,

v.

Twenty to Forty unknown
Named agents of the
Federal Bureau of Investigation
Pittsburgh Field Office, et al.,

    Defendants.

Case No. 2:17-cv-520

Judge Michael H. Watson
Magistrate Judge Jolson

## ORDER

On June 19, 2017, Magistrate Judge Jolson, to whom this case was referred, issued a Report and Recommendation ("R&R") recommending the Court deny Plaintiff's motion for leave to proceed *in forma pauperis* and grant Plaintiff thirty days to either pay the filing fee or submit the proper form. R&R 1, ECF No. 2. The R&R stated that it would recommend dismissal of Plaintiff's complaint if he failed to comply with the Court's order. *Id.*

The R&R advised the parties of their right to file objections to the same and specifically advised that the failure to timely object would result in a waiver of the right to *de novo* review by the Undersigned as well as a waiver of the right to appeal the decision of the District Court. *Id.* at 2. The time for filing objections has passed, and none were filed.

Having received no objections, the Court **ADOPTS** the R&R and **DENIES** Plaintiff's motion to proceed *in forma pauperis*, ECF No. 1. Plaintiff has **THIRTY DAYS** to either pay the Court's filing fee or submit the proper form. Plaintiff is warned that a failure to comply with this Order will result in dismissal of his complaint for failure to prosecute under Federal Rule of Civil Procedure 41(b) without further R&R or Order of the Court. The Clerk shall terminate ECF Nos. 1 and 2.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**